**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 96.27.41.254**

**ISP:** WideOpenWest
**Physical Location:** Utica, MI

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 12/24/2017 00:19:34 | 8FC510FE905B0E64ED8310D03762B5DDAD78AB08 | Horsing Around |
| 12/23/2017 22:10:53 | 4F99498549B8B8F3E84D2E48788CDFBA10C3247E | Like The First Time |
| 03/14/2017 00:47:30 | 1EE34D36872F9D97213D1FD4C25EAC9A247C7579 | Happy Birthday Capri |
| 03/14/2017 00:10:29 | 5A9892733B563AA0E733F58749BDD9C6AE60B6E1 | Green Eyes |
| 02/28/2017 02:36:41 | CB7FAA1587676879B1D1984E215A729610CDE6D4 | Tight Pink and Gold |
| 02/11/2017 21:04:01 | BB5EC5864734FE9BCCE962C969669FFA2B741845 | Want To Fuck My Wife |
| 08/13/2016 19:03:00 | 56F8B34970CDF1FA6FB3801E2AA88C43BFEEF3FA | Love Her Madly |
| 09/07/2015 00:15:20 | 1D9012831B924E8B84863CF158E7BED1EE5E5D0B | My Blue Heaven |
| 03/18/2015 01:05:00 | EA21DB5DB5485488923FA7860B66234AEAD56D02 | Catching Up |

**Total Statutory Claims Against Defendant: 9**

EXHIBIT A

NEMI368